Office of the Standing Chapter 13 Trustee
Thomas D. Powers, Trustee
125 E. John Carpenter Freeway
Suite #1100
Irving, Texas 75062

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                              Case No:       09-35058-HDH-13
                                                    Hearing Date:  02/25/2010

PAUL LAWRENCE PAGE

**Amended**
**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation**

TO:  ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held at **8:30 a.m.** on 02/25/2010 at 125 E. John Carpenter Freeway, Suite #1100 Irving, Texas 75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:
1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| Debtor(s): | PAUL LAWRENCE PAGE, 9420 DARTRIDGE DRIVE, DALLAS TX, 75238 |
| Attorney: | LAW OFFICE OF AREYA HOLDER PC, 800 W AIRPORT FREEWAY, SUITE 414, IRVING TX, 75062 |
| Court: | CLERK'S OFFICE, US BANKRUPCTY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

/s/ Thomas D. Powers

Thomas D. Powers/ Trustee
State Bar #16218700


DEBTOR(S)
PAUL LAWRENCE PAGE
9420 DARTRIDGE DRIVE

DALLAS TX 75238

Office of the Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062
(214) 855-9200/ Fax (214) 965-0756

Case No.  09-35058-HDH-13
Name      PAUL LAWRENCE PAGE

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

DEBTOR(S):      PAUL LAWRENCE PAGE, 9420 DARTRIDGE DRIVE, DALLAS TX, 75238
DEBTOR(S) ATTORNEY:
                LAW OFFICE OF AREYA HOLDER PC, 800 W AIRPORT FREEWAY, SUITE 414, IRVING TX, 75062
CREDITORS:
                DONNA W PAGE, 9420 DARTRIDGE DRIVE, DALLAS TX, 75238
                INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA PA, 19114
                SETTLE AND POU PC, 3333 LEE PARKWAY, 8TH FLOOR, DALLAS TX, 75219
                ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV-BANKRUPTCY SEC, PO BOX 12548, AUSTIN TX, 78711-2548
                STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN TX, 78711
                TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN TX, 78711-3127
                TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 EAST 15TH STREET, AUSTIN TX, 78714-9080
                LINEBARGER GOGGAN BLAIR SAMPSO, 2323 BRYAN ST, 1720 UNIVISION CENTER, DALLAS TX, 75201-2644
                RICHARDSON ISD, CO PERDUE BRANDON FIELDER COLL, PO BOX 13430, ARLINGTON TX, 76094-0430
                SETTLEPOU, 3333 LEE PKWY 8TH FLR, DALLAS TX, 75219
                AMERICAN EXPRESS BANK FSB, CO BECKET AND LEE LLP, P O BOX 3001, MALVERN PA, 19355-0701
                THE AMERICAN NATL BK OF TEXAS, 102 W MOORE AVE, PO BOX 40, TERRELL TX, 75160
                CAMP CAD, 2323 BRYAN STREET STE 1600, DALLAS TX, 75201
                CREDITORS FINANCIAL GROUP, 3131 SOUTH VAUGHN WAY, STE 110, AURORA CO, 80014
                COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644
                ELIZABETH BANDA, PERDUE BRANDON FIELDER COLLINS, PO BOX 13430, ARLINGTON TX, 76094
                FIRSTSOURCE ADVANTAGE LLC, 205 BRYANT WOODS SOUTH, AMHERST NY, 14228
                LAW SNAKARD AND GAMBILL P C, 1600 W 7TH STREET, SUITE 500, FORT WORTH TEXAS, 76102
                PRA RECEIVABLES MANAGEMENT LLC, PORTFOLIO RECOVERY ASSOCIATES, P O BOX 12914, NORFOLK VA, 23541
                PRA RECEIVABLES MGMT, PORTFOLIO RECOVERY ASSOC LLC, PO BOX 12914, NORFOLK VA, 23541
                THE AMERICAN NATL BK OF TEXAS, 102 W MOORE AVE, PO BOX 40, TERRELL TX, 75160
                AMERICAN NATIONAL BANK, PO BOX 40, TERRELL TX, 75160
                COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644
                CHASE BANK USA NA, PO BOX 15145, WILMINGTON DE, 19850-5145
                PRA RECEIVABLES MANAGEMENT LLC, PORTFOLIO RECOVERY ASSOCIATES, P O BOX 41067, NORFOLK VA, 23541
                GE MONEY BANK, RECOVERY MANAGEMENT SYSTEMS, 25 SE 2ND AVE STE 1120, MIAMI FL, 33131
                WELLS FARGO FINANCIAL NATIONAL, 4137 121ST STREET, , URBANDALE IA, 50323
                INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA PA, 19114
                INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA PA, 19114
                AHERN RENTALS, 1722 W BONANZA RD, LAS VEGAS NV, 89106
                JENSEN CONSTRUCTION INC, CO M KEITH OGLE, 777 MAIN STREET SUITE 3800, FORT WROTH TX, 76102-5304
                MOORE SUPPLY, 200 NORTH LOOP 336 WEST, CONROE TX, 77301
                MORRISON SUPPLY COMPANY LLC, CO SUSAN E DUESLER, 2512 BOLL STREET, DALLAS TX, 75204
                RESULT STAFFING INC, CO KRIS J BALEKIAN, 6116 N CENTRAL EXPWY STE 1010, DALLAS TX, 75206
                SUNBELT RENTALS, KEITH D WEINER AND ASSOC CO LP, 75 PUBLIC SQ 4TH FL, CLEVELAND OH, 44113
                CAMP CAD DALLAS COUNTY, LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX 75201,
                PRA RECEIVABLES MGMT LLC, PORTFOLIO RECOVERY ASSOC LLC, PO BOX 41067, NORFOLK VA, 23541

EASTER AND SONS SUPPLY, 200 NORTH LOOP 336 WEST, CONROE TX, 77301

U S SHORING AND EQUIPMENT CO, 100 SHERIDAN AVENUE, DES MOINES IA, 50313

AHERN RENTALS, 1722 W BONANZA RD, LAS VEGAS NV, 89106

LANDMARK EQUIPMENT, 1351 S LOOP 12, IRVING TX, 75060

THE AMERICAN NATL BK OF TEXAS, SETTLEPOU, 3333 LEE PARKWAY EIGHTH FLOOR, DALLAS TX, 75219-5139

PRA RECEIVABLES MGMT LLC, FIA CARD SERVICES NA AKA BOA, POB 12907, NORFOLK VA, 23541

CHASE BANK USA NA, PO BOX 15145, WILMINGTON DE, 19850-5145

DFW MATERIALS, MATTHEW T MCLAIN, 550 BAILEY AVE, FORT WORTH TX, 76107

FIA CARD SERVICES NA, BANK OF AMERICA MBNA AMERICA, 1000 SAMOSET DR DE5 023 03 03, NEWARK DE, 19713

GE MONEY BANK DBA LOWES BRC, RECOVERY MANAGEMENT SYS CORP, 25 SE 2ND AVE STE 1120, MIAMI FL, 33131

SALLIE MAE INC OBO OGSLP, 421 NW 13ST ST, , OKLAHOMA CITY OK, 73101-3000

SURETEC INSURANCE COMPANY, PHOENIX MANAGEMENT SOLUTIONS, 10000 N 31ST AVE STE C301, PHOENIX AZ, 85051

WINSTON WATER COOLER LTD, HAVEN MASSEY GRIFFITH NIXON, 5420 LBJ FRWY STE 900, DALLAS TX, 75240

PRA RECEIVABLES MANAGEMENT LLC, FIA CARD SVCS BANK OF AMERICA, PO BOX 12907, NORFOLK VA, 23541

Dated:    12/30/2009            By: /s/ Thomas D. Powers